IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC CONKLIN,<br>　Plaintiff,<br>　　v.<br>CORTEVA, INC., *et al.*,<br>　Defendants. | Civil Action No. 7:23-cv-01114-D-RN |
| BEVERLY BROWN, *et al.*,<br>　Plaintiffs,<br>　　v.<br>CORTEVA, INC., *et al.*,<br>　Defendants. | Civil Action No. 7:23-cv-01409-D-RN |
| PAGE RITCHIE, *et al.*,<br>　Plaintiffs,<br>　　v.<br>CORTEVA, INC., *et al.*,<br>　Defendants. | Civil Action No. 7:23-cv-01465-D-RN |
| BERDIE E. BOONE, *et al.*,<br>　Plaintiffs,<br>　　v.<br>CORTEVA, INC., *et al.*,<br>　Defendants. | Civil Action No. 7:23-cv-01473-D-RN |
| AMY GODWIN, *et al.*,<br>　Plaintiffs,<br>　　v.<br>CORTEVA, INC., *et al.*,<br>　Defendants. | Civil Action No. 7:23-cv-01500-D-RJ |

| | |
|---|---|
| DEVON BARTHOLOMEW, *et al.*,<br>Plaintiffs,<br>*v.*<br>CORTEVA, INC., *et al.*,<br>Defendants. | Civil Action No. 7:23-cv-01592-D-KS |
| STEVEN AARON, *et al.*,<br>Plaintiffs,<br>*v.*<br>CORTEVA, INC., *et al.*,<br>Defendants. | Civil Action No. 7:23-cv-01599-D-RN |
| CONSTANCE BAKER, *et al.*,<br>Plaintiffs,<br>*v.*<br>CORTEVA, INC., *et al.*,<br>Defendants. | Civil Action No. 7:23-cv-01666-D-BM |

## ORDER GRANTING
## PLAINTIFFS CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

For good cause shown and pursuant to Fed. R. Civ. P. Rule 6(b) and Local Civil Rule 6.1, Plaintiffs' Consent Motion requesting an extension of time to respond to Defendants' Motions to Dismiss the First Amended Complaint is hereby **GRANTED**. The deadline for Plaintiffs to respond to Defendants' Motions to Dismiss First Amended Complaint is hereby extended up to and including August 2, 2024.

**SO ORDERED.** This the __3__ day of July, 2024.

JAMES C. DEVER III
United State District Judge